NOTE: This order is nonprecedential.

# United States Court of Appeals for the Federal Circuit

---

**ALBERT BRONT,**
*Petitioner,*

v.

**DEPARTMENT OF THE TREASURY,**
*Respondent.*

---

2012-3121

---

Petition for review of the Merit Systems Protection Board in case no. SF0752110583-I-1.

---

## ON MOTION

---

## ORDER

This appeal was docketed on April 24, 2012. The petitioner filed a motion for leave to proceed in Forma Pauperis, which was denied on June 6, 2012. The court notes that the docketing fee has not been paid. On September 6, 2012, the court "ordered that: absent a response received by this court within 14 days of the date of filing of this order, this appeal will be dismissed for failure to prosecute". No response has been filed with this court.

Upon consideration thereof,

ALBERT BRONT v. TREASURY                                      2

IT IS ORDERED THAT:

This appeal is dismissed for failure to prosecute.  Any pending motions are denied as moot.

FOR THE COURT

SEP 2 7 2012

Date

/s/ Jan Horbaly

Jan Horbaly
Clerk

cc:  Albert Bront
     Courtney Sheehan McNamara, Esq.

s21

Issued As A Mandate:    SEP 2 7 2012

FILED
U.S. COURT OF APPEALS FOR
THE FEDERAL CIRCUIT

SEP 2 7 2012

JAN HORBALY
CLERK